Calvin R. House (Bar No. 134902)
Jeremy R. Schwartz (Bar No. 258218)
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 E. Colorado Blvd.
Pasadena, California 91107
Email: jeremy.schwartz@gphlawyers.com
Telephone No.: (626) 449-2300
Facsimile No.: (626) 449-2330

Attorneys for Defendant
COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, LOS ANGELES DISTRICT ATTORNEY'S OFFICE, VICTORY RODRIGUEZ, and PAM BROOKWELL, DOES 1-10,<br><br>Defendants. | Case No. CV 09-03079-GHK (RZx)<br>Assigned to Hon. George H. King<br><br>**DEFENDANT COUNTY OF LOS ANGELES' ANSWER COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendant COUNTY OF LOS ANGELES on behalf of itself and itself alone, by way of answer to the Complaint filed by Plaintiff herein, admits, denies and alleges as follows:

1.     Defendant admits the allegations in Paragraph 1.

2.     Responding to the allegations in Paragraph 2, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

3.     Defendant admits the allegations in Paragraph 3.

4.     Responding to the allegations in Paragraph 4, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

5.     Responding to the allegations in Paragraph 5, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

6.     Defendant denies the allegations made in Paragraph 6.

7.     Defendant denies the allegations made in Paragraph 7.

8.     Responding to the allegations in Paragraph 8, Defendant admits that the United States District Court for the Central District of California is the proper venue for this dispute. Except as so admitted, Defendant denies each and every allegation made in the said paragraph.

9.     Responding to the allegations in Paragraph 9, Defendant admits that Plaintiff was hired and assigned to the East Los Angeles Area Office for the first ninety (90) day rotation of his DDA Grade I probation period. Except as so admitted, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

10.     Responding to the allegations in Paragraph 10, Defendant admits that Plaintiff was terminated on August 21st, 2008 and given a memo explaining Plaintiff's negative evaluation.  Except as so admitted, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

11.     Defendant denies the allegations made in Paragraph 11.

12.     Responding to the allegations in Paragraph 12, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

13.     Defendant denies allegations made in Paragraph 13. Defendant refers to the text of <u>Vollmert v. Wisconsin Dept. Of Transp.</u> 197 F3d 293, 298 (7th Cir. 1999) and <u>Mustafa v. Clark County School Dist.</u> 157 F3d 1169, 1174-1175 (9th Cir. 1998) and denies any allegations that are inconsistent with the actual text.

14.   Defendant denies the allegations made in Paragraph 14.

15.   Defendant denies the allegations made in Paragraph 15.

16.   Defendant denies the allegations made in Paragraph 16.

17.   Defendant denies the allegations made in Paragraph 17.

18.   Responding to the allegations in Paragraph 18, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

19.   Responding to the allegations in Paragraph 19, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

20.   Defendant denies the allegations made in Paragraph 20.

21.   Responding to the allegations in Paragraph 21, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

22.   Responding to the allegations in Paragraph 22, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

23.   Responding to the allegations in Paragraph 23, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

24.   Responding to the allegations in Paragraph 24, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

25.   Responding to the allegations in Paragraph 25, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

26.   Responding to the allegations in Paragraph 26, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

Paragraph, and on that ground denies each and every allegation contained therein.

27.    Responding to the allegations in Paragraph 27, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

28.    Responding to the allegations in Paragraph 28, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

29.    Responding to the allegations in Paragraph 29, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

30.    Responding to the allegations in Paragraph 30, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

31.    Responding to the allegations in Paragraph 31, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

32.    Responding to the allegations in Paragraph 32, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

33.    Responding to the allegations in Paragraph 33, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

34.    Responding to the allegations in Paragraph 34, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

35.    Responding to the allegations in Paragraph 35, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

36.   Defendant denies the allegations made in Paragraph 36.

37.   Defendant denies the allegations made in Paragraph 37.

38.   Defendant denies the allegations made in Paragraph 38.

39.   Defendant denies the allegations made in Paragraph 39.

40.   Responding to the allegations in Paragraph 40, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

41.   Responding to the allegations in Paragraph 41, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

42.   Responding to the allegations in Paragraph 42, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

43.   Responding to the allegations in Paragraph 43, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

44.   Responding to the allegations in Paragraph 44, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

45.   Responding to the allegations in Paragraph 45, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

46.   Responding to the allegations in Paragraph 46, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

47.   Responding to the allegations in Paragraph 47, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

48.     Responding to the allegations in Paragraph 48, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

49.     Defendant denies the allegations made in Paragraph 49.

50.     Responding to the allegations in Paragraph 50, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

51.     Responding to the allegations in Paragraph 51, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

52.     Defendant denies the allegations made in Paragraph 52.

53.     Responding to the allegations in Paragraph 53, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

54.     Responding to the allegations in Paragraph 54, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

55.     Responding to the allegations in Paragraph 55, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

56.     Responding to the allegations in Paragraph 56, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

57.     Responding to the allegations in Paragraph 57, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

58.     Defendant denies the allegations made in Paragraph 58.

/ / /

59.     Responding to the allegations in Paragraph 59, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

60.     Responding to the allegations in Paragraph 60, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

61.     Defendant denies the allegations made in Paragraph 61.

62.     Responding to the allegations in Paragraph 62, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

63.     Responding to the allegations in Paragraph 63, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

64.     Responding to the allegations in Paragraph 64, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

65.     Responding to the allegations in Paragraph 65, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

66.     Responding to the allegations in Paragraph 66, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

67.     Defendant denies the allegations made in Paragraph 67.

68.     Responding to the allegations in Paragraph 68, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

69.     Responding to the allegations in Paragraph 69, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

1  Paragraph, and on that ground denies each and every allegation contained therein.

2    70.    Defendant denies the allegations made in Paragraph 70.

3    71.    Responding to the allegations in Paragraph 71, Defendant admits Plaintiff

4  received a note stating "Very Good!" with a smiley face. Except as so admitted,

5  Defendant lacks sufficient information or knowledge to form a belief as to the truth of

6  the allegations in this Paragraph, and on that ground denies each and every allegation

7  contained therein.

8    72.    Responding to the allegations in Paragraph 72, Defendant lacks sufficient

9  information or knowledge to form a belief as to the truth of the allegations in this

10 Paragraph, and on that ground denies each and every allegation contained therein.

11    73.    Responding to the allegations in Paragraph 73, Defendant lacks sufficient

12 information or knowledge to form a belief as to the truth of the allegations in this

13 Paragraph, and on that ground denies each and every allegation contained therein.

14    74.    Responding to the allegations in Paragraph 74, Defendant lacks sufficient

15 information or knowledge to form a belief as to the truth of the allegations in this

16 Paragraph, and on that ground denies each and every allegation contained therein.

17    75.    Responding to the allegations in Paragraph 75, Defendant lacks sufficient

18 information or knowledge to form a belief as to the truth of the allegations in this

19 Paragraph, and on that ground denies each and every allegation contained therein.

20    76.    Responding to the allegations in Paragraph 76, Defendant lacks sufficient

21 information or knowledge to form a belief as to the truth of the allegations in this

22 Paragraph, and on that ground denies each and every allegation contained therein.

23    77.    Defendant admits Plaintiff has been a civil trial attorney for 20 years.

24 Defendant admits Plaintiff was a Partner at Pillsbury Winthrop and Managing Counsel

25 of Toyota. Except as so admitted, Defendant denies each and every allegation in the said

26 paragraph.

27    78.    Responding to the allegations in Paragraph 78, Defendant lacks sufficient

28 information or knowledge to form a belief as to the truth of the allegations in this

1 | Paragraph, and on that ground denies each and every allegation contained therein.

2 |      79.     Defendant denies the allegations made in Paragraph 79.

3 |      80.     Defendant denies the allegations made in Paragraph 80.

4 |      81.     Defendant denies the allegations made in Paragraph 81.

5 |      82.     Responding to the allegations in Paragraph 82, Defendant lacks sufficient
6 | information or knowledge to form a belief as to the truth of the allegations in this
7 | Paragraph, and on that ground denies each and every allegation contained therein.

8 |      83.     Responding to the allegations in Paragraph 83, Defendant lacks sufficient
9 | information or knowledge to form a belief as to the truth of the allegations in this
10 | Paragraph, and on that ground denies each and every allegation contained therein.

11 |      84.     Defendant admits the allegations made in Paragraph 84.

12 |      85.     Responding to the allegations in Paragraph 85, Defendant lacks sufficient
13 | information or knowledge to form a belief as to the truth of the allegations in this
14 | Paragraph, and on that ground denies each and every allegation contained therein.

15 |      86.     Responding to the allegations in Paragraph 86, Defendant lacks sufficient
16 | information or knowledge to form a belief as to the truth of the allegations in this
17 | Paragraph, and on that ground denies each and every allegation contained therein.

18 |      87.     Responding to the allegations in Paragraph 87, Defendant lacks sufficient
19 | information or knowledge to form a belief as to the truth of the allegations in this
20 | Paragraph, and on that ground denies each and every allegation contained therein.

21 |      88.     Responding to the allegations in Paragraph 88, Defendant lacks sufficient
22 | information or knowledge to form a belief as to the truth of the allegations in this
23 | Paragraph, and on that ground denies each and every allegation contained therein.

24 |      89.     Responding to the allegations in Paragraph 89, Defendant lacks sufficient
25 | information or knowledge to form a belief as to the truth of the allegations in this
26 | Paragraph, and on that ground denies each and every allegation contained therein.

27 |      90.     Responding to the allegations in Paragraph 90, Defendant lacks sufficient
28 | information or knowledge to form a belief as to the truth of the allegations in this

DEFENDANT COUNTY OF LOS ANGELES' ANSWER COMPLAINT; DEMAND FOR JURY TRIAL

Paragraph, and on that ground denies each and every allegation contained therein.

91.    Responding to the allegations in Paragraph 91, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

92.    Responding to the allegations in Paragraph 92, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

93.    Responding to the allegations in Paragraph 93, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

94.    Responding to the allegations in Paragraph 94, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

95.    Responding to the allegations in Paragraph 95, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

96.    Responding to the allegations in Paragraph 96, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

97.    Responding to the allegations in Paragraph 97, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

98.    Defendant denies the allegations made in Paragraph 98.

99.    Responding to the allegations in Paragraph 99, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

100.    Responding to the allegations in Paragraph 100, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

Paragraph, and on that ground denies each and every allegation contained therein.

101. Responding to the allegations in Paragraph 101, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

102. Responding to the allegations in Paragraph 102, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

103. Responding to the allegations in Paragraph 103, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

104. Responding to the allegations in Paragraph 104, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

105. Responding to the allegations in Paragraph 105, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

106. Responding to the allegations in Paragraph 106, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

107. Responding to the allegations in Paragraph 107, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

108. Responding to the allegations in Paragraph 108, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

109. Responding to the allegations in Paragraph 109, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

110.    Responding to the allegations in Paragraph 110, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

111.    Responding to the allegations in Paragraph 111, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

112.    Responding to the allegations in Paragraph 111, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

113.    Responding to the allegations in Paragraph 113, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

114.    Responding to the allegations in Paragraph 114, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

115.    Responding to the allegations in Paragraph 115, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

116.    Responding to the allegations in Paragraph 116, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

117.    Responding to the allegations in Paragraph 117, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

118.    Responding to the allegations in Paragraph 118, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

119. Responding to the allegations in Paragraph 119, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

120. Responding to the allegations in Paragraph 120, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

121. Responding to the allegations in Paragraph 121, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

122. Responding to the allegations in Paragraph 122, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

123. Responding to the allegations in Paragraph 123, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

124. Responding to the allegations in Paragraph 124, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

125. Responding to the allegations in Paragraph 125, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

126. Responding to the allegations in Paragraph 126, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

127. Responding to the allegations in Paragraph 127, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

128.   Responding to the allegations in Paragraph 128, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

129.   Responding to the allegations in Paragraph 129, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

130.   Responding to the allegations in Paragraph 130, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

131.   Responding to the allegations in Paragraph 131, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

132.   Responding to the allegations in Paragraph 132, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

133.   Responding to the allegations in Paragraph 133, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

134.   Responding to the allegations in Paragraph 134, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

135.   Responding to the allegations in Paragraph 135, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

136.   Responding to the allegations in Paragraph 136, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

137.    Responding to the allegations in Paragraph 137, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

138.    Responding to the allegations in Paragraph 138, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

139.    Defendant admits the allegations in Paragraph 139.

140. Defendant denies the allegations in Paragraph 140.

141.    Responding to the allegations in Paragraph 141, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

142.    Responding to the allegations in Paragraph 142, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

143.    Responding to the allegations in Paragraph 143, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

144.    Defendant denies the allegations in Paragraph 144.

145.    Responding to the allegations in Paragraph 145, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

146.    Defendant refers to the text of Gov. Code Section 12926(I) and Diaz v. Federal Express Corp., 239 F3d 1128-1135 (CD Cal. 2005), and denies any allegations that are inconsistent with the actual text.

147.    Defendant refers to the text of Priliman v. United Air Lines, Inc. (1997) 53 CA 4th 935, 949-950 and Jensen v. Wells Fargo Bank (2005) 85 CA 4th 245, 263, and denies any allegations that are inconsistent with the actual text.

/ / /

148.  Responding to the allegations in Paragraph 148, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein. Defendant also refers to the text of <u>County of Fresno v. Fair Employment & Housing Commission</u> (1991) 226 CA3d 1541, 1555, and denies any allegations that are inconsistent with the actual text.

149.  Responding to the allegations in Paragraph 149, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

150.  Responding to the allegations in Paragraph 150, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

151.  Responding to the allegations in Paragraph 151, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

152.  Defendant denies the allegations in Paragraph 152.

153.  Responding to the allegations in Paragraph 153, Defendant admits the County of Los Angeles was an employer through the LADA's Office. Except as so admitted, Defendant denies each allegation contained in the said paragraph.

154.  Defendant denies the allegations in Paragraph 154.

155. Defendant denies the allegations in Paragraph 155.

156.  Defendant denies the allegations in Paragraph 156.

157. Defendant denies the allegations in Paragraph 157.

158.  Defendant denies the allegations in Paragraph 158.

159. Defendant denies the allegations in Paragraph 159.

160.  Defendant denies the allegations in Paragraph 160.

161. Defendant denies the allegations in Paragraph 161.

162.  Defendant denies the allegations in Paragraph 162.

163. Defendant denies the allegations in Paragraph 163.

164.   Defendant denies the allegations in Paragraph 164.

**FIRST AFFIRMATIVE DEFENSE**

165.   The First Amended Complaint fails to state a claim for relief against Defendant because it is uncertain.

**SECOND AFFIRMATIVE DEFENSE**

166.   If any losses, injuries, damages, or detriment occurred as alleged in Plaintiff's First Amended Complaint, the losses, injuries, damages, or detriment were caused and contributed to by the actions of Plaintiff himself in that Plaintiff did not exercise ordinary care on his own behalf and his own acts and omissions proximately caused and contributed to the loss, injury, damage, and detriment alleged by him. Therefore, Plaintiff's recovery from Defendant, if any, should be reduced in direct proportion to the percentage of Plaintiff's negligence or proportion of his fault.

**THIRD AFFIRMATIVE DEFENSE**

167.   To the extent persons or entities other than Defendant  proximately caused injury or damage to Plaintiff, Plaintiff's right to recovery from Defendant should be correspondingly reduced.

**FOURTH AFFIRMATIVE DEFENSE**

168.   Defendant  alleges that Plaintiff's complaint, to the extent that it seeks punitive or exemplary damages, violates Defendant's right to protection from "excess fines" as provided in the Eighth Amendment of the United States Constitution and the Constitution of the State of California, and it violates Defendant's rights to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of California, and therefore, fails to state a claim for relief supporting the punitive or exemplary damages claimed.

/ / /

/ / /

**FIFTH AFFIRMATIVE DEFENSE**

169.   As to all of the claims for relief, Plaintiff's First Amended Complaint fails to state a claim for relief against Defendant as neither a public entity nor a public employee is liable for any injury resulting from an act or omission when the act or omission was a result of the exercise of discretion vested in it/him/her.

**SIXTH AFFIRMATIVE DEFENSE**

170.   As to all of the causes of action, Plaintiff's Complaint fails to state a cause of action against this answering Defendant based on Defendant's reason and belief that it is barred by the applicable statute of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

171.   As to all of the causes of action, Plaintiff's Complaint fails to state a cause of action against this answering Defendant as it is barred by Plaintiff's failure to comply with the applicable public employee and public entity claims provisions of the Tort Claims Act. Government Code § 815 et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

172.   Under Code of Civil Procedure §§ 1431.1 through 1431.5, Plaintiff is barred and precluded from recovery against this answering Defendant for any non-economic damages except those allocated to this answering Defendant in direct proportion to its percentage of fault, if any such fault or damages there be.

**NINTH AFFIRMATIVE DEFENSE**

173.   Punitive damages are not recoverable against Defendant because it is a public entity.

WHEREFORE, Defendant hereby prays as follows:

1.    That Plaintiff takes nothing by way of Plaintiff's First Amended Complaint;

/ / /

/ / /

18

2.    That the Court award Defendant costs of suit and attorney's fees;

3.    For such other relief as the Court may deem just and proper.

DATE:   May 21, 2009          **GUTIERREZ, PRECIADO & HOUSE, LLP**


                              By:_____/ s /_____
                                      Calvin House
                                      Attorney for Defendant
                                      COUNTY OF LOS ANGELES

1

**DEMAND FOR JURY TRIAL**

2

3        Defendant COUNTY OF LOS ANGELES hereby demands a jury trial in the

4  above-captioned matter.

5

6  DATE:  May 21, 2009              **GUTIERREZ, PRECIADO & HOUSE, LLP**

7

8                                By:_____/ s /_____
                                       Calvin House
9                                      Attorney for Defendant
                                       COUNTY OF LOS ANGELES
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

N:\COLA\Biller.Dimitrios-2\PLEADING\Answer_mtd.wpd          20

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA

3

COUNTY OF LOS ANGELES

4

        I declare that I am a resident of the County of Los Angeles, State of California;
I am over the age of 18 years and not a party to the within action; my business

5

address is 3020 East Colorado Boulevard, Pasadena, California 91107.

6

        On this date, I served the foregoing **DEFENDANT COUNTY OF
LOS ANGELES' ANSWER COMPLAINT; DEMAND FOR JURY TRIAL** on

7

the interested parties in this action by placing a true copy thereof, enclosed in a sealed
envelope, addressed as follows:

8

9

**Attorneys for Plaintiff:**
Dimitrios P. Biller, In Pro Per
906 Kagawa Street

10

Pacific Palisades, CA 90272

11

12

  X     BY MAIL - I placed such envelope for deposit in the U.S. Mail for service by

13

        the United States Postal Service, with postage thereon fully prepaid.  I am
        "readily familiar" with the firm's practice of collection and processing

14

        correspondence for mailing.  Under that practice, it would be deposited with
        the United States Postal Service on that same day with postage thereon fully

15

        prepaid at Pasadena, California.  I am aware that on motion of the party served,
        service is presumed invalid if postal cancellation date or postage meter date is

16

        more than one day after date of deposit for mailing in affidavit.

17

  X     (Federal)  I declare that I am employed in the office of a member of the bar of

18

        this court at whose direction the service was made.

19

        Executed May 21, 2009, at Pasadena, California.

20

21

                                        _____
                                              / s /
                                        Alice M. Flores

22

23

24

25

26

27

28

N:\COLA\Biller.Dimitrios-2\PLEADING\Answer_mtd.wpd

DEFENDANT COUNTY OF LOS ANGELES' ANSWER COMPLAINT; DEMAND FOR JURY TRIAL