Calvin R. House (Bar No. 134902)
Jeremy R. Schwartz (Bar No. 258218)
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 E. Colorado Blvd.
Pasadena, California 91107
Email: jeremy.schwartz@gphlawyers.com
Telephone No.: (626) 449-2300
Facsimile No.: (626) 449-2330

Attorneys for Defendant
COUNTY OF LOS ANGELES,
PAM BROOKWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS P. BILLER, | ) Case No. CV 09-03079-GHK (RZx) |
| Plaintiff, | ) Assigned to Hon. George H. King |
| | ) |
| v. | ) **DEFENDANT PAM** |
| | ) **BROOKWELL'S AMENDED** |
| LOS ANGELES COUNTY, LOS | ) **ANSWER TO PLAINTIFF'S** |
| ANGELES DISTRICT ATTORNEY'S | ) **COMPLAINT; DEMAND FOR** |
| OFFICE, VICTORY RODRIGUEZ, | ) **JURY TRIAL** |
| and PAM BROOKWELL, DOES 1-10, | ) |
| Defendants. | ) |

Defendant Pam Brookwell, an employee of Los Angeles County District Attorney's Office, on behalf of herself and herself alone, amends her answer to Plaintiff's Complaint filed by Plaintiff herein, and admits, denies and alleges as follows:

1. Defendant admits the allegations in Paragraph 1.

2. Responding to the allegations in Paragraph 2, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

3. Defendant admits the allegations in Paragraph 3.

4. Responding to the allegations in Paragraph 4, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

1  Paragraph, and on that ground denies each and every allegation contained therein.

2       5.     Responding to the allegations in Paragraph 5, Defendant lacks sufficient

3  information or knowledge to form a belief as to the truth of the allegations in this

4  Paragraph, and on that ground denies each and every allegation contained therein.

5       6.     Defendant denies the allegations made in Paragraph 6.

6       7.     Defendant denies the allegations made in Paragraph 7.

7       8.     Responding to the allegations in Paragraph 8, Defendant admits that the

8  United States District Court for the Central District of California is the proper venue for

9  this dispute.  Except as so admitted, Defendant denies each and every allegation made

10  in the said paragraph.

11       9.     Responding to the allegations in Paragraph 9, Defendant admits that

12  Plaintiff was hired and assigned to the East Los Angeles Area Office for the first ninety

13  (90) day rotation of his DDA Grade I probation period. Except as so admitted, Defendant

14  lacks sufficient information or knowledge to form a belief as to the truth of the

15  allegations in this Paragraph, and on that ground denies each and every allegation

16  contained therein.

17       10.     Responding to the allegations in Paragraph 10, Defendant lacks sufficient

18  information or knowledge to form a belief as to the truth of the allegations in this

19  Paragraph, and on that ground denies each and every allegation contained therein.

20       11.     Responding to the allegations in Paragraph 11, Defendant lacks sufficient

21  information or knowledge to form a belief as to the truth of the allegations in this

22  Paragraph, and on that ground denies each and every allegation contained therein.

23       12.     Responding to the allegations in Paragraph 12, Defendant lacks sufficient

24  information or knowledge to form a belief as to the truth of the allegations in this

25  Paragraph, and on that ground denies each and every allegation contained therein.

26       13.     Defendant denies allegations made in Paragraph 13. Defendant refers to the

27  text of *Vollmert v. Wisconsin Dept. Of Transp.* 197 F3d 293, 298 (7th Cir. 1999) and

28

*Mustafa v. Clark County School Dist.* 157 F3d 1169, 1174-1175 (9th Cir. 1998) and denies any allegations that are inconsistent with the actual text.

14.    Responding to the allegations in Paragraph 14, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

15.    Responding to the allegations in Paragraph 15, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

16.    Defendant denies the allegations made in Paragraph 16.

17.    Defendant denies the allegations made in Paragraph 17.

18.    Responding to the allegations in Paragraph 18, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

19.    Responding to the allegations in Paragraph 19, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

20.    Defendant denies the allegations made in Paragraph 20.

21.    Responding to the allegations in Paragraph 21, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

22.    Responding to the allegations in Paragraph 22, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

23.    Responding to the allegations in Paragraph 23, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

24.     Responding to the allegations in Paragraph 24, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

25.     Responding to the allegations in Paragraph 25, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

26.     Responding to the allegations in Paragraph 26, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

27.     Responding to the allegations in Paragraph 27, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

28.     Responding to the allegations in Paragraph 28, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

29.     Responding to the allegations in Paragraph 29, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

30.     Responding to the allegations in Paragraph 30, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

31.     Responding to the allegations in Paragraph 31, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

32.     Responding to the allegations in Paragraph 32, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

DEFENDANT PAM BROOKWELL'S AMENDED ANSWER TO COMPLAINT;
DEMAND FOR JURY TRIAL

33.    Responding to the allegations in Paragraph 33, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

34.    Responding to the allegations in Paragraph 34, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

35.    Responding to the allegations in Paragraph 35, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

36.    Defendant denies the allegations made in Paragraph 36.

37.    Defendant denies the allegations made in Paragraph 37.

38.    Defendant denies the allegations made in Paragraph 38.

39.    Defendant denies the allegations made in Paragraph 39.

40.    Responding to the allegations in Paragraph 40, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

41.    Responding to the allegations in Paragraph 41, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

42.    Responding to the allegations in Paragraph 42, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

43.    Responding to the allegations in Paragraph 43, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

44.    Responding to the allegations in Paragraph 44, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

Paragraph, and on that ground denies each and every allegation contained therein.

45.     Responding to the allegations in Paragraph 45, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

46.     Responding to the allegations in Paragraph 46, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

47.     Responding to the allegations in Paragraph 47, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

48.     Responding to the allegations in Paragraph 48, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

49.     Defendant denies the allegations made in Paragraph 49.

50.     Responding to the allegations in Paragraph 50, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

51.     Responding to the allegations in Paragraph 51, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

52.     Defendant denies the allegations made in Paragraph 52.

53.     Responding to the allegations in Paragraph 53, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

54.     Responding to the allegations in Paragraph 54, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

55.    Responding to the allegations in Paragraph 55, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

56.    Responding to the allegations in Paragraph 56, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

57.    Responding to the allegations in Paragraph 57, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

58.    Defendant denies the allegations made in Paragraph 58.

59.    Responding to the allegations in Paragraph 59, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

60.    Responding to the allegations in Paragraph 60, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

61.    Defendant denies the allegations made in Paragraph 61.

62.    Responding to the allegations in Paragraph 62, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

63.    Responding to the allegations in Paragraph 63, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

64.    Responding to the allegations in Paragraph 64, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

65.    Responding to the allegations in Paragraph 65, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

66.    Responding to the allegations in Paragraph 66, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

67.    Defendant denies the allegations made in Paragraph 67.

68.    Responding to the allegations in Paragraph 68, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

69.    Responding to the allegations in Paragraph 69, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

70.    Defendant denies the allegations made in Paragraph 70.

71.    Responding to the allegations in Paragraph 71, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

72.    Responding to the allegations in Paragraph 72, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

73.    Responding to the allegations in Paragraph 73, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

74.    Responding to the allegations in Paragraph 74, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

75.    Responding to the allegations in Paragraph 75, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

76.    Responding to the allegations in Paragraph 76, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

77.    Responding to the allegations in Paragraph 77, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

78.    Responding to the allegations in Paragraph 78, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

79.    Defendant denies the allegations made in Paragraph 79.

80.    Defendant denies the allegations made in Paragraph 80.

81.    Defendant denies the allegations made in Paragraph 81.

82.    Responding to the allegations in Paragraph 82, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

83.    Responding to the allegations in Paragraph 83, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

84.    Defendant admits the allegations made in Paragraph 84.

85.    Responding to the allegations in Paragraph 85, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

86.    Responding to the allegations in Paragraph 86, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

1   Paragraph, and on that ground denies each and every allegation contained therein.

2       87.    Responding to the allegations in Paragraph 87, Defendant lacks sufficient

3   information or knowledge to form a belief as to the truth of the allegations in this

4   Paragraph, and on that ground denies each and every allegation contained therein.

5       88.    Responding to the allegations in Paragraph 88, Defendant lacks sufficient

6   information or knowledge to form a belief as to the truth of the allegations in this

7   Paragraph, and on that ground denies each and every allegation contained therein.

8       89.    Responding to the allegations in Paragraph 89, Defendant lacks sufficient

9   information or knowledge to form a belief as to the truth of the allegations in this

10  Paragraph, and on that ground denies each and every allegation contained therein.

11      90.    Responding to the allegations in Paragraph 90, Defendant lacks sufficient

12  information or knowledge to form a belief as to the truth of the allegations in this

13  Paragraph, and on that ground denies each and every allegation contained therein.

14      91.    Responding to the allegations in Paragraph 91, Defendant lacks sufficient

15  information or knowledge to form a belief as to the truth of the allegations in this

16  Paragraph, and on that ground denies each and every allegation contained therein.

17      92.    Responding to the allegations in Paragraph 92, Defendant lacks sufficient

18  information or knowledge to form a belief as to the truth of the allegations in this

19  Paragraph, and on that ground denies each and every allegation contained therein.

20      93.    Responding to the allegations in Paragraph 93, Defendant lacks sufficient

21  information or knowledge to form a belief as to the truth of the allegations in this

22  Paragraph, and on that ground denies each and every allegation contained therein.

23      94.    Responding to the allegations in Paragraph 94, Defendant lacks sufficient

24  information or knowledge to form a belief as to the truth of the allegations in this

25  Paragraph, and on that ground denies each and every allegation contained therein.

26      95.    Responding to the allegations in Paragraph 95, Defendant lacks sufficient

27  information or knowledge to form a belief as to the truth of the allegations in this

28

1  Paragraph, and on that ground denies each and every allegation contained therein.

2      96.    Responding to the allegations in Paragraph 96, Defendant lacks sufficient
3  information or knowledge to form a belief as to the truth of the allegations in this
4  Paragraph, and on that ground denies each and every allegation contained therein.

5      97.    Responding to the allegations in Paragraph 97, Defendant lacks sufficient
6  information or knowledge to form a belief as to the truth of the allegations in this
7  Paragraph, and on that ground denies each and every allegation contained therein.

8      98.    Defendant denies the allegations made in Paragraph 98.

9      99.    Responding to the allegations in Paragraph 99, Defendant lacks sufficient
10 information or knowledge to form a belief as to the truth of the allegations in this
11 Paragraph, and on that ground denies each and every allegation contained therein.

12     100.   Responding to the allegations in Paragraph 100, Defendant lacks sufficient
13 information or knowledge to form a belief as to the truth of the allegations in this
14 Paragraph, and on that ground denies each and every allegation contained therein.

15     101.   Responding to the allegations in Paragraph 101, Defendant lacks sufficient
16 information or knowledge to form a belief as to the truth of the allegations in this
17 Paragraph, and on that ground denies each and every allegation contained therein.

18     102.   Responding to the allegations in Paragraph 102, Defendant lacks sufficient
19 information or knowledge to form a belief as to the truth of the allegations in this
20 Paragraph, and on that ground denies each and every allegation contained therein.

21     103.   Responding to the allegations in Paragraph 103, Defendant lacks sufficient
22 information or knowledge to form a belief as to the truth of the allegations in this
23 Paragraph, and on that ground denies each and every allegation contained therein.

24     104.   Responding to the allegations in Paragraph 104, Defendant lacks sufficient
25 information or knowledge to form a belief as to the truth of the allegations in this
26 Paragraph, and on that ground denies each and every allegation contained therein.

27 / / /

28

105.    Responding to the allegations in Paragraph 105, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

106.    Responding to the allegations in Paragraph 106, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

107.    Responding to the allegations in Paragraph 107, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

108.    Responding to the allegations in Paragraph 108, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

109.    Responding to the allegations in Paragraph 109, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

110.    Responding to the allegations in Paragraph 110, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

111.    Responding to the allegations in Paragraph 111, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

112.    Responding to the allegations in Paragraph 111, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

113.    Responding to the allegations in Paragraph 113, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

114.    Responding to the allegations in Paragraph 114, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

115.    Responding to the allegations in Paragraph 115, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

116.    Responding to the allegations in Paragraph 116, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

117.    Responding to the allegations in Paragraph 117, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

118.    Responding to the allegations in Paragraph 118, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

119.    Responding to the allegations in Paragraph 119, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

120.    Responding to the allegations in Paragraph 120, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

121.    Responding to the allegations in Paragraph 121, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

122.    Responding to the allegations in Paragraph 122, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

123.    Responding to the allegations in Paragraph 123, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

124.    Responding to the allegations in Paragraph 124, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

125.    Responding to the allegations in Paragraph 125, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

126.    Responding to the allegations in Paragraph 126, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

127.    Responding to the allegations in Paragraph 127, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

128.    Responding to the allegations in Paragraph 128, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

129.    Responding to the allegations in Paragraph 129, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

130.    Responding to the allegations in Paragraph 130, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

131.    Responding to the allegations in Paragraph 131, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

132.   Responding to the allegations in Paragraph 132, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

133.   Responding to the allegations in Paragraph 133, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

134.   Responding to the allegations in Paragraph 134, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

135.   Responding to the allegations in Paragraph 135, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

136.   Responding to the allegations in Paragraph 136, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

137.   Responding to the allegations in Paragraph 137, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

138.   Responding to the allegations in Paragraph 138, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

139.   Defendant admits the allegations in Paragraph 139.

140. Defendant denies the allegations in Paragraph 140.

141.   Responding to the allegations in Paragraph 141, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

/ / /

142.   Responding to the allegations in Paragraph 142, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

143.   Responding to the allegations in Paragraph 143, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

144.   Defendant denies the allegations in Paragraph 144.

145.   Responding to the allegations in Paragraph 145, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

146.   Defendant refers to the text of Gov. Code § 12926(I) and *Diaz v. Federal Express Corp.*, 239 F3d 1128-1135 (CD Cal. 2005), and denies any allegations that are inconsistent with the actual text.

147.   Defendant refers to the text of *Priliman v. United Air Lines, Inc.* (1997) 53 CA 4th 935, 949-950 and *Jensen v. Wells Fargo Bank* (2005) 85 CA 4th 245, 263, and denies any allegations that are inconsistent with the actual text.

148.   Responding to the allegations in Paragraph 148, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein. Defendant also refers to the text of *County of Fresno v. Fair Employment & Housing Commission* (1991) 226 CA3d 1541, 1555, and denies any allegations that are inconsistent with the actual text.

149.   Responding to the allegations in Paragraph 149, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

150.   Responding to the allegations in Paragraph 150, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this

Paragraph, and on that ground denies each and every allegation contained therein.

151.   Responding to the allegations in Paragraph 151, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations in this Paragraph, and on that ground denies each and every allegation contained therein.

152.   Defendant denies the allegations in Paragraph 152.

153.   Responding to the allegations in Paragraph 153, Defendant admits the County of Los Angeles was an employer through the LADA's Office. Except as so admitted, Defendant denies each allegation contained in the said paragraph.

154. Defendant denies the allegations in Paragraph 154.

155. Defendant denies the allegations in Paragraph 155.

156. Defendant denies the allegations in Paragraph 156.

157. Defendant denies the allegations in Paragraph 157.

158. Defendant denies the allegations in Paragraph 158.

159. Defendant denies the allegations in Paragraph 159.

160. Defendant denies the allegations in Paragraph 160.

161. Defendant denies the allegations in Paragraph 161.

162. Defendant denies the allegations in Paragraph 162.

163. Defendant denies the allegations in Paragraph 163.

164. Defendant denies the allegations in Paragraph 164.

## FIRST AFFIRMATIVE DEFENSE

165.   The Complaint fails to state a claim for relief against Defendant because it is uncertain.

## SECOND AFFIRMATIVE DEFENSE

166.   If any losses, injuries, damages, or detriment occurred as alleged in Plaintiff's First Amended Complaint, the losses, injuries, damages, or detriment were caused and contributed to by the actions of Plaintiff himself in that Plaintiff did not exercise ordinary care on his own behalf and his own acts and omissions proximately

caused and contributed to the loss, injury, damage, and detriment alleged by him. Therefore, Plaintiff's recovery from Defendant, if any, should be reduced in direct proportion to the percentage of Plaintiff's negligence or proportion of his fault.

### THIRD AFFIRMATIVE DEFENSE

167.   To the extent persons or entities other than Defendant  proximately caused injury or damage to Plaintiff, Plaintiff's right to recovery from Defendant should be correspondingly reduced.

### FOURTH AFFIRMATIVE DEFENSE

168.   Defendant  alleges that Plaintiff's complaint, to the extent that it seeks punitive or exemplary damages, violates Defendant's right to protection from "excess fines" as provided in the Eighth Amendment of the United States Constitution and the Constitution of the State of California, and it violates Defendant's rights to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of California, and therefore, fails to state a claim for relief supporting the punitive or exemplary damages claimed.

### FIFTH AFFIRMATIVE DEFENSE

169.   As to all of the claims for relief, Plaintiff's  First Amended Complaint fails to state a claim for relief against Defendant as neither a public entity nor a public employee is liable for any injury resulting from an act or omission when the act or omission was a result of the exercise of discretion vested in it/him/her.

### SIXTH AFFIRMATIVE DEFENSE

170.   As to all of the causes of action, Plaintiff's Complaint fails to state a cause of action against this answering Defendant based on Defendant's reason and belief that it is barred by the applicable statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

171.   As to all of the causes of action, Plaintiff's Complaint fails to state a cause

1  of action against this answering Defendant as it is barred by Plaintiff's failure to comply

2  with the applicable public employee and public entity claims provisions of the Tort

3  Claims Act. Government Code section 815 et seq.

4  **EIGHTH AFFIRMATIVE DEFENSE**

5      172.  Under Code of Civil Procedure sections 1431.1 through 1431.5, Plaintiff

6  is barred and precluded from recovery against this answering Defendant for any non-

7  economic damages except those allocated to this answering Defendant in direct

8  proportion to its percentage of fault, if any such fault or damages there be.

9  **NINTH AFFIRMATIVE DEFENSE**

10      173.  Punitive damages are not recoverable against Defendant because it is a

11  public entity.

12  **TENTH AFFIRMATIVE DEFENSE**

13      174.  Plaintiff's causes of action (A) and (C) - (K) are preempted by the Workers'

14  Compensation Act.

15

16      WHEREFORE, Defendant hereby prays as follows:

17  1.    That Plaintiff take nothing by way of Plaintiff's Complaint;

18  2.    That the Court award Defendant costs of suit and attorney's fees;

19  3.    For such other relief as the Court may deem just and proper.

20

21  DATE:  July 10, 2009    **GUTIERREZ, PRECIADO & HOUSE, LLP**

22

23  By:_____/s/_____

24  Calvin R. House
    Attorney for Defendants

25  COUNTY OF LOS ANGELES
    and PAM BROOKWELL

26

27

28

1

**DEMAND FOR JURY TRIAL**

2

3      Defendant PAM BROOKWELL  hereby demands a jury trial in the above-

4  captioned matter.

5

6  DATE:  July 10, 2009              **GUTIERREZ, PRECIADO & HOUSE, LLP**

7

8                                 By:_____/s/_____

9                                     Calvin R. House
                                    Attorney for Defendants
10                                    COUNTY OF LOS ANGELES,
                                    and PAM BROOKWELL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

N:\COLA\Biller.Dimitrios-2\PLEADING\Amended Answer-Brookwell_mtd.wpd            20

1

**PROOF OF SERVICE**

2    STATE OF CALIFORNIA

3    COUNTY OF LOS ANGELES

4          I declare that I am a resident of the County of Los Angeles, State of California;
I am over the age of 18 years and not a party to the within action; my business address
5    is 3020 East Colorado Boulevard, Pasadena, California 91107.

6          On this date, I served the foregoing **DEFENDANT PAM BROOKWELL'S
AMENDED ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the
7    interested parties in this action by placing a true copy thereof, enclosed in a sealed
envelope, addressed as follows:

8

9    **Attorneys for Plaintiff:**
Dimitrios P. Biller, In Pro Per
906 Kagawa Street
10   Pacific Palisades, CA 90272

11

12   _X_    BY MAIL - I placed such envelope for deposit in the U.S. Mail for service by the
United States Postal Service, with postage thereon fully prepaid. I am "readily
13   familiar" with the firm's practice of collection and processing correspondence for
mailing. Under that practice, it would be deposited with the United States Postal
14   Service on that same day with postage thereon fully prepaid at Pasadena,
California. I am aware that on motion of the party served, service is presumed
15   invalid if postal cancellation date or postage meter date is more than one day after
date of deposit for mailing in affidavit.
16

17   _X_    (Federal) I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.
18

19          Executed July 10, 2009, at Pasadena, California.

20

21                                    _/s/_____
                                     Alice M. Flores
22

23

24

25

26

27

28