UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-03079 GHK (RZx) | Date | January 13, 2010 |
|---|---|---|---|
| Title | DIMITRIOS P. BILLER v. LOS ANGELES COUNTY, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ASSESSED AGAINST DEFENDANTS

At a hearing on December 14, 2009, Defendants were ordered to produce a document, known colloquially as the Lusk Memo, for *in camera* inspection, not later than December 16, 2009. As late as the date of this Order, the Court has not received the document. Accordingly, Defendants shall show cause why they should not be sanctioned for failing to comply with the Court's order. Defendants may file any response to this order in writing not later than January 20, 2010. A showing that the matter has been resolved by counsel, and that *in camera* review therefore no longer is necessary, will discharge the OSC.

IT IS SO ORDERED.

: 

Initials of Preparer    igb